

FILED

FEB 16 2016

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-29-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING SUPERSEDING INDICTMENT WITHOUT PREJUDICE AS TO HOPIE DANIELLE ALVAREZ, *aka Hopie White* |
| JUAN CARLOS LOPEZ-FIGUEROA, *aka Miguel Alberto Martinez-Perez*, and HOPIE DANIELLE ALVAREZ, *aka Hopie White*, | |
| Defendants. | |

Upon the United States' Unopposed Motion to Dismiss Superseding Indictment as to Hopie Danielle Alvarez *aka Hopie White* (Doc. 47), and for good cause being shown,

IT IS HEREBY ORDERED that the superseding indictment as to Hopie Danielle Alvarez, *aka Hopie White*, is **DISMISSED WITHOUT PREJUDICE.**

IT IS FURTHER ORDERED that all remaining deadlines as to Hopie Danielle Alvarez, *aka Hopie White*, are VACATED.

1

FURTHER, the trial set for Monday, February 22, 2016 is **VACATED.**

DATED this 16th day of February, 2016.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge